**Fill in this information to identify the case:**

Debtor 1: Pearlie Mae Kelly

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 20-01049-JAW

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FAHE Inc., as Servicer for Habitat for Humanity MS Capital Area

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7 1 1 1

**Date of payment change:**
Must be at least 21 days after date of this notice: 8/1/2025

**New total payment:** $ 593.73
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 446.94    New escrow payment: $ 381.28

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Pearlie Mae Kelly | Case number (*if known*) 20-01049-JAW |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Charles Frank Fair Barbour
Signature

Date  6/10/2025

Print:  Charles   Frank Fair   Barbour
First Name   Middle Name   Last Name

Title  Attorney MSB# 99520

Company  Underwood Law Firm PLLC

Address  PO Box 1874
Number   Street

Madison                 MS      39130
City                    State   ZIP Code

Contact phone  (601) 981-7773

Email  cbarbour@underwoodlaw.firm

---

Official Form 410S1  **Notice of Mortgage Payment Change**  page **2**

**CERTIFICATE OF SERVICE**

I, Charles Frank Fair Barbour, attorney for Movant, hereby certify that the following were served via ECF system with a true and correct copy of the Notice of Mortgage Payment Change to:

Thomas Carl Rollins, Jr., the Debtor's Attorney, trollins@therollinsfirm.com

Torri Parker Martin at tpm@tpmartinch13.com

U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

I further certify that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed to Pearlie Mae Kelly at 2301 Newport St., Jackson, MS 39213.

THIS, the 10th day of June, 2025.

/s/ Charles Frank Fair Barbour
MSB #99520

Fahe  Final
319 Oak Street
Berea, KY  40403
For Inquiries:  (888) 969-1399

Analysis Date:   June 04, 2025

PEARLIE KELLY  Loan:
2301 NEWPORT STREET  Property Address:
JACKSON MS  39213  2301 NEWPORT STREET
JACKSON, MS  39213

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Aug 2024 to July 2025.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2025: |
|---|---|---|
| Principal & Interest Pmt: | 177.45 | 177.45 |
| Escrow Payment: | 446.94 | 381.28 |
| Other Funds Payment: | 35.00 | 35.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $659.39 | $593.73 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2024 |
| Escrow Balance: | 1,574.40 |
| Anticipated Pmts to Escrow: | 4,022.46 |
| Anticipated Pmts from Escrow (-): | 3,794.60 |
| Anticipated Escrow Balance: | $1,802.26 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,142.56 | (1,723.95) |
| Aug 2024 | 380.87 | 274.41 | | | * | 1,523.43 | (1,449.54) |
| Sep 2024 | 380.87 | | | | * | 1,904.30 | (1,449.54) |
| Oct 2024 | 380.87 | 274.41 | | | * | 2,285.17 | (1,175.13) |
| Nov 2024 | 380.87 | 274.41 | | | * | 2,666.04 | (900.72) |
| Nov 2024 | | 172.53 | | | * Escrow Only Payment | 2,666.04 | (728.19) |
| Dec 2024 | 380.87 | 823.23 | | | * | 3,046.91 | 95.04 |
| Dec 2024 | | 245.95 | | | * Escrow Only Payment | 3,046.91 | 340.99 |
| Dec 2024 | | 89.51 | | | * Escrow Only Payment | 3,046.91 | 430.50 |
| Dec 2024 | | | | 780.71 | * County Taxes | 3,046.91 | (350.21) |
| Jan 2025 | 380.87 | | 775.80 | | * County Taxes | 2,651.98 | (350.21) |
| Feb 2025 | 380.87 | 446.94 | | | * | 3,032.85 | 96.73 |
| Mar 2025 | 380.87 | | | | * | 3,413.72 | 96.73 |
| Apr 2025 | 380.87 | 446.94 | 156.60 | | * Termite | 3,637.99 | 543.67 |
| May 2025 | 380.87 | 446.94 | | | * | 4,018.86 | 990.61 |
| Jun 2025 | 380.87 | | 3,638.00 | | * Hazard Insurance | 761.73 | 990.61 |
| Jul 2025 | 380.87 | | | | * | 1,142.60 | 990.61 |
| | | | | | Anticipated Transactions | 1,142.60 | 990.61 |
| Apr 2025 | | | | 156.60 | Termite | | 834.01 |
| Jun 2025 | | 3,575.52 | | 3,638.00 | Hazard Insurance | | 771.53 |
| Jul 2025 | | 446.94 | | | | | 1,218.47 |
| | $4,570.44 | $7,517.73 | $4,570.40 | $4,575.31 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 4,570.40.  Under Federal law, your lowest monthly balance should not have exceeded 761.73 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Fahe                                                                                                                  Final

For Inquiries:  (888) 969-1399

Analysis Date:   June 04, 2025

PEARLIE KELLY                                                                                                     Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,802.26 | 1,143.78 |
| Aug 2025 | 381.28 | | | 2,183.54 | 1,525.06 |
| Sep 2025 | 381.28 | | | 2,564.82 | 1,906.34 |
| Oct 2025 | 381.28 | | | 2,946.10 | 2,287.62 |
| Nov 2025 | 381.28 | | | 3,327.38 | 2,668.90 |
| Dec 2025 | 381.28 | | | 3,708.66 | 3,050.18 |
| Jan 2026 | 381.28 | 780.71 | County Taxes | 3,309.23 | 2,650.75 |
| Feb 2026 | 381.28 | | | 3,690.51 | 3,032.03 |
| Mar 2026 | 381.28 | | | 4,071.79 | 3,413.31 |
| Apr 2026 | 381.28 | 156.60 | Termite | 4,296.47 | 3,637.99 |
| May 2026 | 381.28 | | | 4,677.75 | 4,019.27 |
| Jun 2026 | 381.28 | 3,638.00 | Hazard Insurance | 1,421.03 | 762.55 |
| Jul 2026 | 381.28 | | | 1,802.31 | 1,143.83 |
| | $4,575.36 | $4,575.31 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 762.55.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 762.55 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,802.26.  Your starting balance (escrow balance required) according to this analysis should be $1,143.78.  This means you have a surplus of 658.48.  This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly.  As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 4,575.31.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | 381.28 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $381.28 |