United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-01049-JAW |
| Pearlie Mae Kelly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 01, 2025 | Form ID: ntcdsm | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pearlie Mae Kelly, 2301 Newport St, Jackson, MS 39213-5439 |
| 4871606 | + | Charles Frank Fair Barbour, Underwood Law Firm PLLC, behalf of FAHE Inc., as Servicer for Hab, P.O. Box 16852, Jackson, MS 39236-6852 |
| 4868383 | + | Origin Bank, 106 Pasco Street, Berea, KY 40403-1529 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4868381 | + | EDI: COMCASTCBLCENT | Dec 02 2025 00:29:00 | Comcast, 220 Lakeridge Drive SE, Smyrna, GA 30082-5244 |
| 4872901 | | Email/Text: loanservicing@fahe.org | Dec 01 2025 19:32:00 | FAHE Inc., as Servicer for Habitat for Humanity MS, 319 Oak Street, Berea, KY 40403 |
| 4868382 | + | EDI: LCIICSYSTEM | Dec 02 2025 00:29:00 | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 4868384 | + | Email/Text: newbk@Regions.com | Dec 01 2025 19:33:00 | Regions, 1900 Fifth Ave, Birmingham, AL 35203-2670 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FAHE, Inc. as Servicer for Habitat for Humanity MS |
| 4868385 | ##+ | Underwood Law Firm, 190 East Capitol St, Jackson, MS 39201-2157 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2025 | Form ID: ntcdsm | Total Noticed: 7 |
| Date: Dec 03, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Frank Fair Barbour | on behalf of Creditor FAHE Inc. as Servicer for Habitat for Humanity MS Capital Area cbarbour@underwoodlawfirm.com, bankruptcies@underwoodlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Pearlie Mae Kelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 20−01049−JAW
Chapter: 13

In re:
Pearlie Mae Kelly
2301 Newport St
Jackson, MS 39213

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−9579

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on December 1, 2025.

Dated: 12/1/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600